Larry D. Webb Sbn 229344
Law Office Of Larry Webb
484 Mobil; Suite 43
Camarillo, Ca 93010
Phone 805 987 1400::Fax    805 987 2866
Email Webblaw@gmail.com

Attorney for Debtors

**FILED & ENTERED**

APR 23 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY tatum    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>  MUSHTAQ AHMED<br><br>  KATIA AHMED<br><br>        Debtors | Case No 2:13-bk-22572-RK<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR FINAL DECREE AND CLOSING CHAPTER 11 CASE**<br><br>Hearing<br>Date:  April 15, 2015<br>Time:  11:00 a.m.<br>Place: Courtroom 1675 |

    On April 15, 2015 at 11:00 a.m., Debtors' motion for Entry of Final Decree and Closing of Debtors' Chapter 11 Case came on regular notice for hearing in Court Room 1675 of the United States Bankruptcy Court located at 255 East Temple Street, Los Angeles, California 90012.  Appearances were stated on the record.

The Court having reviewed and considered Debtors' Motion for Entry of Final Decree and Closing of Debtors' Chapter 11 Case and for lack of timely written opposition, hereby orders as follows

1. **ORDERED** that the motion is granted; and it is further,

1. **ORDERED** that upon entry of Final Decree, the Reorganized Debtor's Chapter 11 case shall be closed.

**IT IS SO ORDERED**

###

Date: April 23, 2015

_____

Robert Kwan
United States Bankruptcy Judge

2